## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| LEOPOLDO BURGOS, et al. | ) |
| | ) |
| Plaintiffs | ) No. 75 C 3974 |
| | ) Hon. James B. Zagel |
| | ) Judge Presiding |
| vs. | ) |
| | ) |
| McDONALD, Director, Illinois Department of Children & Family Services, | ) |
| | ) |
| Defendant. | ) |

**FILED**
MAY 19 2005
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF MOTION

To: See Attached Certificate of Service

PLEASE TAKE NOTICE that we will appear before the Honorable James B. Zagel or any other judge sitting in his stead, on May 24, 2005 at 10:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached **Motion to Withdraw and to Substitute Counsel.**

Dated: May 19, 2005

By: Alonzo Rivas

Mexican American Legal Defense
and Educational Fund
188 W. Randolph, Suite 1405
Chicago, IL 60601
(312) 782-1422

## CERTIFICATE OF SERVICE

**Burgos, et al. v. McDonald, Illinois Department of Children and Family Services**
**75 C 3975**

On May 19, 2005, the undersigned, being first duly sworn on oath, deposes and states that she served a true and correct copy by facsimile and by U.S. Mail, postage prepaid, of the foregoing **Motion to Withdraw and to Substitute Counsel** as follows:

Barbara L. Greenspan
Assistant Attorney General
Child Welfare Litigation Bureau
100 West Randolph St., Suite 4-600
Chicago, IL 60601
Fax: 312) 814-6885

Respectfully submitted,

BY: Alonzo Rivas