UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Burgos, et al, ) | |
|    Plaintiff, ) | |
|       v. ) | Case No. 1:75-CV-03974 |
| DCFS, et al, ) | |
|    Defendant. ) | Hon. James B. Zagel |

**PLAINTIFF'S MOTION TO WITHDRAW VICTOR VIRAMONTES AS CO-COUNSEL**

Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois, Plaintiff, by his attorneys, respectfully requests that this Court grant Alonzo Rivas leave to withdraw his appearance as one of the attorneys of record in this matter. In support of this motion, Plaintiff states the following:

1. Alonzo Rivas is one of the attorneys of record in this case.

2. Alonzo Rivas has left the Mexican American Legal Defense and Educational Fund.

3. Plaintiff will continue to be represented by counsel from the Mexican American Legal Defense and Educational Fund.

WHEREFORE, Plaintiff respectfully requests that the Court grant Alonzo Rivas leave to withdraw as one of the attorneys of record in this action.

This 24th day of June, 2019.

                                                            Respectfully submitted,

                                                            /s/ Griselda Vega Samuel
                                                           Griselda Vega Samuel
                                                           MEXICAN AMERICAN LEGAL
                                                           DEFENSE AND EDUCATIONAL FUND
                                                           11 E. Adams St., Suite 700
                                                           Chicago, IL 60603
                                                           Phone: 312-427-0701
                                                           Fax: 312-427-0691
                                                           ATTORNEY FOR PLAINTIFF