[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS

Burgos, et al.

Plaintiff

v.

DCFS, et al

Defendant

Case Number: 1:75-CV-03974

Judge: Hon. Gary Feinerman

## NOTICE OF MOTION

**TO:** Defendants DCFS

**PLEASE TAKE NOTICE** that on July 2, 2019 at 9:00 am, or as soon thereafter as I may be heard, I shall appear before the Honorable Judge Gary Feinerman or any judge sitting in his or her stead in **Courtroom** 2125 of the U.S. District Court of the Northern District of Illinois, Eastern Division, 219 South Dearborn St., Chicago, Illinois and shall present **the following motion attached hereto:**

Plaintiff's Motion to Withdraw Alonzo Rivas

## CERTIFICATE OF SERVICE

I hereby certify that on June 24, 2019, I provided service to the person or persons listed above by the following means: electronic filing on the CM/ECF system

Signature: [signed]

Date: June 25, 2019

Name (Print): Griselda Vega Samuel

Address: MALDEF

11 E. Adams St., Suite 700

Chicago, IL 60603

Phone: 312-427-0701

Rev. 06/29/2016

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]