UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Leopoldo Burgos, et al.

                Plaintiff,

v.

Illinois Department of Children and Family Services, et al.

                Defendant.

Case No.: 1:75−cv−03974

Honorable Gary Feinerman

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 26, 2019:

    MINUTE entry before the Honorable Gary Feinerman:Motion to withdraw as attorney [20] is granted. Attorney Alonzo Rivas is terminated as counsel for Plaintiffs. Motion hearing set for 7/2/2019 [20] is stricken. Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.