## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of　　　　　　　　　　　　　　　　　　　　Case Number: 75 C 3974

Leopoldo Burgos, et al.,
v.
Illinois Department of Children and Family Services, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Illinois Department of Children and Family Services
Marc D. Smith, Director, Illinois Department of Children and Family Services

| | |
|---|---|
| **NAME (Type or print)** Barbara L. Greenspan | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/ Barbara L. Greenspan | |
| **FIRM** Office of the Illinois Attorney General | |
| **STREET ADDRESS** 100 W. Randolph St., Suite 11-200 | |
| **CITY/STATE/ZIP** Chicago, IL 60601 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 3125104 | **TELEPHONE NUMBER** 312/814-7087 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓　NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐　NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓　NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓　NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐　APPOINTED COUNSEL ☐ | |