IN THE UNITED STATES DISTRICT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BURGOS, ET AL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 1:75-cv-03974 |
| | ) | |
| DCFS, ET AL., | ) | Judge Charles P. Kocoras |
| | ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW AS COUNSEL

The Honorable Rubén Castillo, formerly of Akerman LLP ("Counsel"), hereby moves to have himself removed from the service list in the above captioned matter and to terminate any existing appearance he has on file on this matter. In support of this motion, Counsel states as follows:

1. Counsel had been appointed as Special Master in this matter in 1993.

2. In 1994, Counsel was appointed as District Judge for this Court.

3. On September 14, 1995, Counsel's appointment as Special Master was vacated.

4. After, retiring from this Court on September 27, 2019, Counsel joined Akerman LLP.

5. Since that time, Counsel was returned to the service list for this matter even though he is not representing any parties and is not serving in any other capacity in this matter.

2

WHEREFORE, Counsel respectfully requests that he be removed from the service list in this matter and that, if he has any existing appearance in this matter that such appearance be withdrawn.

Dated: October 1, 2024

HONORABLE RUBEN CASTILLO


By: *Mark S. Bernstein*
On behalf of Honorable Ruben Castillo

Mark S. Bernstein
AKERMAN LLP
71 South Wacker Drive, 46th Floor
Chicago, IL  60606
(312) 634-5700
Fax:  (312) 412-1900
mark.bernstein@akerman.com

## **CERTIFICATE OF SERVICE**

I, the undersigned attorney, certify that a true and correct copy of the foregoing document was filed on and served on parties via electronic service with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Mark S. Bernstein*
Mark S. Bernstein

2